UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAMELA D. DESKINS,<br><br>                    Plaintiff,<br><br>     v.<br><br>STEVENS COUNTY,<br>WASHINGTON, et al.,<br><br>                    Defendants. | NO:  12-CV-0125-TOR<br><br>ORDER DISMISSING CASE |

On April 4, 2012, the Court ordered Plaintiff to amend her Complaint or alternatively, file a voluntary Notice of Dismissal by May 15, 2012 (ECF No. 6), or risk dismissal of this action without further notice. The Plaintiff failed to comply with the Court's order as no such pleadings have been filed.

Accordingly, **IT IS HEREBY ORDERED:**

This action is **DISMISSED** without prejudice.

ORDER DISMISSING CASE ~ 1

1    The District Court Executive is hereby directed to enter this Order, close the

2  file, and furnish copies to the parties.

3        **DATED** this 23rd day of May, 2012.

4                          *s/ Thomas O. Rice*

5                        THOMAS O. RICE
                     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER DISMISSING CASE ~ 2